IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LAURIE BORDOCK     PLAINTIFF

V.     CASE NO.: 3:15-CV-3034

CITY OF FLIPPIN, ARKANSAS     DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on June 19, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's *in forma pauperis* status is **REVOKED**, and Plaintiff's Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**. All other pending motions are **DENIED** as **MOOT**.

IT IS SO ORDERED on this 6th day of August, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE